UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 JUN 23 PM 3:43

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

AUSTIN B. JOHNSON and
BRANDON D. JOHNSON,

    Plaintiffs,

v.                                            Cv. No. 05-2162-Ma

JO ANNE B. BARNHART,
Commissioner of Social Security,

    Defendant.

# JUDGMENT

    Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed in accordance with the Order of Dismissal, docketed June 20, 2005.  Any appeal in this matter by Plaintiff, proceeding *in forma pauperis*, is not taken in good faith.

**APPROVED:** /s/ _____

_____
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

June 22, 2005
_____
DATE

THOMAS M. GOULD
_____
CLERK

/s/ _____
(By) DEPUTY CLERK

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 6-24-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 3 in case 2:05-CV-02162 was distributed by fax, mail, or direct printing on June 24, 2005 to the parties listed.

---

Austin B. Johnson
2353 Arlington Avenue
Memphis, TN 38114

Brandon D. Johnson
2353 Arlington Avenue
Memphis, TN 38114

Honorable Samuel Mays
US DISTRICT COURT